IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANTIONETTE BARBER | ) | Case No. 15-35388-KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

**MOTION TO INCUR DEBT**

COMES NOW, the Debtor, by counsel, and as and for her Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 20, 2015.

2. The Debtor has applied for and Hailey Buick GMC Truck, Inc. has approved a loan to the Debtor in the amount of $20,000.00 plus interest at 17.99% per annum to be repaid with 72 equal monthly payments of $400.00 for the purchase of a 2017 Buick Encore or similar vehicle.

3. The Debtor needs to purchase the referenced vehicle because Debtor current vehicle is having major mechanical issues and she needs a replacement vehicle to conduct normal daily business. She will be surrendering her current vehicle that was included in her Chapter 13 plan.

4. The purchase of the vehicle is in the best interest of the Debtor and will facilitate Debtor's ability to perform under the Chapter 13 Plan filed herein.

5. The Debtor's Chapter 13 Plan has been confirmed.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein, waive the 14-day stay pursuant to Fed. R. Bankr. Proc. 8002(a), and for such other relief as the Court may deem appropriate.

ANTIONETTE BARBER

By: /s/ James E. Kane
  Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
  James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:                                          )
                                                )
ANTIONETTE BARBER                               )     Case No. 15-35388-KLP
                                                )     Chapter 13
              Debtor                            )

## NOTICE OF MOTION

The above Debtor has filed Motion to Incur Debt in the above matter.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **June 16, 2021 at 12:00 p.m.** at **U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA  23219.**  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  June 3, 2021

                                    ANTIONETTE BARBER

                                    By: /s/ James E. Kane
                                         Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                    /s/ James E. Kane
                                    James E. Kane

```
Label Matrix for local noticing         (p)JEFFERSON CAPITAL SYSTEMS LLC         UST smg Richmond
0422-3                                  PO BOX 7999                              Office of the U. S. Trustee
Case 15-35388-KRH                       SAINT CLOUD MN 56302-7999                701 East Broad St., Suite 4304
Eastern District of Virginia                                                     Richmond, VA 23219-1849
Richmond
Thu Jun  3 16:43:43 EDT 2021

United States Bankruptcy Court           Internal Revenue Service                ARM
701 East Broad Street                    Centralized Insolvency Operation        PO Box 129
Richmond, VA 23219-1888                  P. O. Box 7346                          Thorofare, NJ 08086-0129
                                         Philadelphia, PA 19101-7346


Aarons, Inc.                             Aldous & Associates                     Alliance One
P.O. Box 102746                          PO Box 171374                           Attn: Bankruptcy
Atlanta, GA 30368-2746                   Holladay, UT 84117-1374                 Po Box 2449
                                                                                 Gig Harbor, WA 98335-4449


American Credit Accept                   Approved Cash Advance                   CJW Medical Center
961 E Main St                            6341 Jahnke Road                        PO Box 740760
Spartanburg, SC 29302-2185               Richmond, VA 23225-4142                 Cincinnati, OH 45274-0760


Capital One                              Capital One Bank (USA), N.A.            Cash 2 U Financial Services of VA LLC
Attn: Bankruptcy                         PO Box 71083                            6100 Midlothian Turnpike
Po Box 30285                             Charlotte, NC  28272-1083               Richmond, VA 23225-5922
Salt Lake City, UT 84130-0285


Cash 2 U Payday Loans                    Check City                              City of Richmond
6100 Midlothian Tnpk                     2729 B West Broad Street                Office of Finance
Richmond, VA 23225-5922                  Richmond, VA 23220-1905                 PO Box 26505
                                                                                 Richmond, VA 23261-6505


City of Richmond                         City of Richmond - City Hall            City of Richmond - Dept. of Public Utilities
Parking Enforcement                      Room 109 Delinquent Taxes               730 E. Broad Street, 5th Floor
PO Box 26505                             900 East Broad Street                   Richmond, VA 23219-1861
Richmond, VA 23261-6505                  Richmond VA 23219-1907


Constance Ford                           Credit Collection Services              Department of the Treasury
1321 Dance Street                        Two Wells Avenue                        Internal Revenue Service
Richmond, VA 23220-6116                  Dept. 9136                              PO Box 7346
                                         Newton Center, MA 02459-3225            Philadelphia, PA 19101-7346


ESM Enterprises                          Fed Loan Serv                           First Premier Bank
PO Box 11128                             Po Box 60610                            601 S Minnesota Ave
Pensacola, FL 32524-1128                 Harrisburg, PA 17106-0610               Sioux Falls, SD 57104-4868


First Virginia                           Golds Gym                               Internal Revenue Service
PO Box 4115                              c/o Conexion                            Centralized Insolvency Operation
Concord, CA 94524-4115                   PO Box 72609                            Philadelphia, PA 19101-7346
                                         Rosedale, MD 21237-8609
```

| | | |
|---|---|---|
| LVNV Funding, LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MCV Collection Department<br>PO Box 980462<br>Richmond, VA 23298-0462 |
| MCV HOSPITAL<br>P O BOX 980462<br>RICHMOND, VA 23298-0462 | MCV Physicians<br>PO Box 91747<br>Richmond, VA 23291-9747 | Midland Credit Management Inc as agent for Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 |
| National Credit Adjust<br>Po Box 3023<br>Hutchinson, KS 67504-3023 | Navient Solutions, LLC. on behalf of Educational Credit Management Corporatio<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | Oakhurst Manor LP<br>20 S. Auburn Ave.<br>Richmond, VA 23221-2910 |
| Parrish & Lebar<br>5 East Franklin Street<br>Richmond, VA 23219-2105 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Progressive Advanced Insurance<br>PO Box 55126<br>Boston, MA 02205-5126 |
| Protas, Spivok & Collins<br>4300 East West Highway<br>Suite 900<br>Bethesda, MD 20814-4433 | Receivable Management<br>7206 Hull Street Rd Ste<br>North Chesterfield, VA 23235-5826 | Richmond Finance Company<br>12560 PATTERSON AVENUE<br>Henrico, VA 23238-6412 |
| Richmond Finance Company<br>PO Box 29657<br>Richmond, VA 23242-0657 | South Slope Associates<br>3951-A STILLMAN PKWY<br>Glen Allen, VA 23060-0000 | Taxing Authority Consulting Sv<br>PO Box 31800<br>Henrico, VA 23294-1800 |
| (p)ROBERT P MCINTOSH<br>U S ATTORNEY S OFFICE<br>EASTERN DISTRICT OF VIRGINIA<br>919 E MAIN ST SUITE 1900<br>RICHMOND VA 23219-4625 | Virginia Commonwealth Univer.<br>700 West Grace Street<br>Suite 3300<br>Richmond, VA 23284-9091 | Virginia Commonwealth University<br>VCU<br>700 West Grace Street, 3rd Fl. Ste 3300<br>PO Box 843054<br>Richmond, VA 23284-3054 |
| Wells Fargo Bank<br>Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank<br>PO Box 13765<br>Roanoke, VA 24037-3765 | West Creek Financial<br>PO Box 5518<br>Glen Allen, VA 23058-5518 |
| Antionette Barber<br>2712 Grantwood Court<br>Richmond, VA 23225-1543 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | U.S. Attorney<br>600 E. Main St., 18th Flr<br>Richmond, VA 23219 |

End of Label Matrix
Mailable recipients    56
Bypassed recipients     0
Total                  56