IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                     )
                                                           )
ANTIONETTE BARBER             )   Case No. 15-35388-KLP
                                                           )   Chapter 13
                    Debtor           )

**MOTION TO EXPEDITE HEARING ON MOTION
TO INCUR DEBT AND TO SHORTEN NOTICE PERIOD**

COMES NOW the Debtor, by counsel, and moves this Court to Expedite the Hearing on her Motion to Incur Debt and to Shorten Notice Period, and in support thereof states as follows:

1.   The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on October 20, 2015.

2.   The Debtor has applied for and Hailey Buick GMC Truck, Inc. has approved a loan to the Debtor in the amount of $20,000.00 plus interest at 17.99% per annum to be repaid with 72 equal monthly payments of $400.00 for the purchase of a 2017 Buick Encore or similar vehicle.

3.   The Debtor needs to purchase the referenced vehicle because Debtor current vehicle is having major mechanical issues and she needs a replacement vehicle to conduct normal daily business.  She will be surrendering her current vehicle that was included in her Chapter 13 plan.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
Counsel for Debtor

4.  The purchase of the vehicle is in the best interest of the Debtor and will facilitate Debtor's ability to perform under the Chapter 13 Plan filed herein.

5.  The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on their Motion to Incur Debt, Shorten the Notice Period required for said Motion, waive the 14-day stay pursuant to Fed. R. Bankr. Proc. 8014(a), and for such other and further relief as is just and proper.

Dated:  June 3, 2021                             ANTIONETTE BARBER


                                                 By:  /s/ James E. Kane
                                                      Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1.  I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2.  I have not created the emergency through any lack of due diligence.

3.  I have made a *bona fide* effort to resolve the matter without hearing.


                                                 By:   /s/ James E. Kane
                                                        James E. Kane

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANTIONETTE BARBER ) | Case No. 15-35388-KLP |
| ) | Chapter 13 |
| Debtor ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to her Motion to Incur Debt.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **June 16, 2021 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA  23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  June 3, 2021                                                                  ANTIONETTE BARBER

                                                                                        By:  /s/ James E. Kane
                                                                                                    Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 15-35388-KRH<br>Eastern District of Virginia<br>Richmond<br>Thu Jun  3 16:43:43 EDT 2021 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | ARM<br>PO Box 129<br>Thorofare, NJ 08086-0129 |
| Aarons, Inc.<br>P.O. Box 102746<br>Atlanta, GA 30368-2746 | Aldous & Associates<br>PO Box 171374<br>Holladay, UT 84117-1374 | Alliance One<br>Attn: Bankruptcy<br>Po Box 2449<br>Gig Harbor, WA 98335-4449 |
| American Credit Accept<br>961 E Main St<br>Spartanburg, SC 29302-2185 | Approved Cash Advance<br>6341 Jahnke Road<br>Richmond, VA 23225-4142 | CJW Medical Center<br>PO Box 740760<br>Cincinnati, OH 45274-0760 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cash 2 U Financial Services of VA LLC<br>6100 Midlothian Turnpike<br>Richmond, VA 23225-5922 |
| Cash 2 U Payday Loans<br>6100 Midlothian Tnpk<br>Richmond, VA 23225-5922 | Check City<br>2729 B West Broad Street<br>Richmond, VA 23220-1905 | City of Richmond<br>Office of Finance<br>PO Box 26505<br>Richmond, VA 23261-6505 |
| City of Richmond<br>Parking Enforcment<br>PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond - City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | City of Richmond - Dept. of Public Utilities<br>730 E. Broad Street, 5th Floor<br>Richmond, VA 23219-1861 |
| Constance Ford<br>1321 Dance Street<br>Richmond, VA 23220-6116 | Credit Collection Services<br>Two Wells Avenue<br>Dept. 9136<br>Newton Center, MA 02459-3225 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| ESM Enterprises<br>PO Box 11128<br>Pensacola, FL 32524-1128 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| First Virginia<br>PO Box 4115<br>Concord, CA 94524-4115 | Golds Gym<br>c/o Conexion<br>PO Box 72609<br>Rosedale, MD 21237-8609 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MCV Collection Department<br>PO Box 980462<br>Richmond, VA 23298-0462 |
| MCV HOSPITAL<br>P O BOX 980462<br>RICHMOND, VA 23298-0462 | MCV Physicians<br>PO Box 91747<br>Richmond, VA 23291-9747 | Midland Credit Management Inc as agent for Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 |
| National Credit Adjust<br>Po Box 3023<br>Hutchinson, KS 67504-3023 | Navient Solutions, LLC. on behalf of Educational Credit Management Corporatio<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | Oakhurst Manor LP<br>20 S. Auburn Ave.<br>Richmond, VA 23221-2910 |
| Parrish & Lebar<br>5 East Franklin Street<br>Richmond, VA 23219-2105 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Progressive Advanced Insurance<br>PO Box 55126<br>Boston, MA 02205-5126 |
| Protas, Spivok & Collins<br>4300 East West Highway<br>Suite 900<br>Bethesda, MD 20814-4433 | Receivable Management<br>7206 Hull Street Rd Ste<br>North Chesterfield, VA 23235-5826 | Richmond Finance Company<br>12560 PATTERSON AVENUE<br>Henrico, VA 23238-6412 |
| Richmond Finance Company<br>PO Box 29657<br>Richmond, VA 23242-0657 | South Slope Associates<br>3951-A STILLMAN PKWY<br>Glen Allen, VA 23060-0000 | Taxing Authority Consulting Sv<br>PO Box 31800<br>Henrico, VA 23294-1800 |
| (p)ROBERT P MCINTOSH<br>U S ATTORNEY S OFFICE<br>EASTERN DISTRICT OF VIRGINIA<br>919 E MAIN ST SUITE 1900<br>RICHMOND VA 23219-4625 | Virginia Commonwealth Univer.<br>700 West Grace Street<br>Suite 3300<br>Richmond, VA 23284-9091 | Virginia Commonwealth University<br>VCU<br>700 West Grace Street, 3rd Fl. Ste 3300<br>PO Box 843054<br>Richmond, VA 23284-3054 |
| Wells Fargo Bank<br>Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank<br>PO Box 13765<br>Roanoke, VA 24037-3765 | West Creek Financial<br>PO Box 5518<br>Glen Allen, VA 23058-5518 |
| Antionette Barber<br>2712 Grantwood Court<br>Richmond, VA 23225-1543 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | U.S. Attorney<br>600 E. Main St., 18th Flr<br>Richmond, VA 23219 |

End of Label Matrix
Mailable recipients    56
Bypassed recipients     0
Total                  56